UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  24-60134-CIV-SMITH

**NELSON FERNANDEZ**,

       Plaintiff,

vs.

**DARDEN RESTAURANTS, INC,
d/b/a THE CAPITAL GRILLE,
a Florida for-profit corporation**,

       Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff VICTOR ARIZA and Defendant DRDEN RESTAURANTS, INC., d/b/a THE CAPITAL GRILLE, by and through his undersigned counsel, hereby provides notice that the parties have reached a settlement in principle and will be executing necessary paperwork resolving all claims and matters in the case.  Accordingly, the parties respectfully request that the Court stay all further proceedings for thirty (30) days for the parties to complete the settlement paperwork and file a stipulation of dismissal with prejudice.

       Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO** |
| Counsel for Plaintiff | **DURAN, P.A.** |
| 4800 N. Hiatus Road | Co-Counsel for Plaintiff |
| Sunrise, FL 33351 | 4640 N.W. 7th Street |
| T. 954/362-3800 | Miami, FL 33126-2309 |
| 954/362-3779 (Facsimile) | T. 305/266-9780 |
| Email:  rhannah@rhannahlaw.com | 305/269-8311 (Facsimile) |
| | Email: pduran@pelayoduran.com |
| | |
| By____*s/ Roderick V. Hannah*_____ | By ____*s/ Pelayo M. Duran*_____ |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

**RUMBERGER, KIRK & CALDWELL, P.A.**
Counsel for Defendant
101 North Monroe Street, Suite 1050
Tallahassee, Florida 32301
T. 850.222.6550
850.222.8783 (Facsimile)
Email: nsmith@rumberger.com


By:    *s/ Nicole Sieb Smith*
      NICOLE SIEB SMITH
      Fla. Bar No. 0017056