UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60134-CIV-SMITH

NELSON FERNANDEZ,

     Plaintiff,

v.

DARDEN RESTAURANTS, INC,
d/b/a THE CAPITAL GRILLE,
a Florida for-profit corporation,

     Defendant.

_____/

## ORDER OF DISMISSAL

This cause is before the Court upon the parties' Stipulation for Dismissal with Prejudice [DE 18].  Upon consideration, it is

     **ORDERED** that:

1. This case is **DISMISSED with prejudice**, with each party to bear its own attorney's fees and costs.

2. All pending motions are **DENIED as moot.**

3. The case is **CLOSED.**

     **DONE AND ORDERED** in Fort Lauderdale, Florida this 14th day of June, 2024.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record